**PC SCAN**

**RECEIVED**
4/25/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

QR

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

DAMION PETTIS

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

C/O CHINIMERE (STATEVILLE C.C.)

C/O ARMISTEAD (STATEVILLE C.C.)

CHARLES TRUITT, WARDEN (STATEVILLE C.C.)

(AFSCME)

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**1:25-cv-04510**
**Judge Sara L. Ellis**
**Magistrate Judge Jeffrey Cole**
**PC4**
**RANDOM/ CAT. 3**

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✗_____  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: DAMION WALTER PETTIS

B. List all aliases: _____

C. Prisoner identification number: R51976

D. Place of present confinement: ROBINSON CORRECTIONAL CENTER

E. Address: 13423 E. 1150TH AVE., ROBINSON, IL. 62454

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: C/O CHINIMERE

Title: CORRECTIONAL OFFICER

Place of Employment: STATEVILLE CORRECTIONAL CENTER/NRC

B. Defendant: C/O ARMISTEAD

Title: CORRECTIONAL OFFICER

Place of Employment: STATEVILLE CORRECTIONAL CENTER/NRC

C. Defendant: CHARLES TRUITT

Title: WARDEN

Place of Employment: STATEVILLE CORRECTIONAL CENTER/NRC

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____

_____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

_____

D. List all defendants: _____

_____

_____

_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

_____

G. Basic claim made:_____

_____

_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

_____

_____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 12/6/24, I, DAMION PETTIS-ID#R51976, WAS AN INDIVIDUAL IN CUSTODY AT STATEVILLE CORRECTIONAL CENTER/NRC. BETWEEN THE HOURS OF 11AM AND 12PM, WITHOUT PROVOCATION, I WAS HANDCUFFED BY C/O CHINIMERE, FORCED FACE-FIRST INTO THE FIRST GALLERY SHOWER WALL, AND AS I TURNED AROUND TO PROTEST, I WAS MET WITH A FIST TO THE FACE. THIS HAPPENED IN UNIT H-WING IN STATEVILLE CORRECTIONAL CENTER/NRC. THE UNIT OFFICER AT THE TIME WAS C/O ARMISTEAD. AS THE INCIDENT OCCURRED, C/O ARMISTEAD STOOD THERE WITHOUT INTERVENING AS THE C/O CHINIMERE ASSAULTED ME. BECAUSE OF THE ASSAULT, I SUSTAINED INJURIES, SUCH AS: (1) INFLAMMATION TO THE RIGHT EYE. (2) TEMPORARY VISION IMPAIRMENT AND (3) REDDNESS. I MADE AN INCIDENT REPORT VIA THE HEALTH CARE UNIT, AN INCIDENT REPORT VIA INTERNAL AFFAIRS, REPORT VIA MENTAL HEALTH AND AN OPTOMETRIST REPORT. I HOLD WARDEN CHARLES TRUITT AND AFSCME ACCOUNTABLE FOR THE CONDUCT OF THE OFFICERS INVOLVED. I ALSO HAVE BEEN MENTALLY AND PHYSICALLY UNSTABLE.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

ALL PARTIES INVOLVED TO BE HELD ACCOUNTABLE.
I WOULD LIKE TO PRESS CHARGES AGAINST EACH PERSON INVOLVED.
I WOULD LIKE TO HAVE A JURY TRIAL.
MONETARY RELIEF THAT SEEM FIT BY JUDGE AND JURY.

VI.   The plaintiff demands that the case be tried by a jury.   ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __25__ day of __APRIL__ , 20__25__

_____
(Signature of plaintiff or plaintiffs)

DAMION PETTIS
(Print name)

R51974
(I.D. Number)   ROBINSON C.C.

13423 E. 1150TH AVE

ROBINSON, IL 62454
(Address)

6

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]